UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

TERRY LEE MOORE. )
#201439 )
   Plaintiff, )
)
vs. ) CASE NO. 2:19-cv-01817-MHH-SGC
)
RODERICK GADSON et al., )
)
   Defendant. )

Before me, the undersigned authority, a Notary Public in and for said county and State of Alabama at large, personally appeared Roderick Gadson, who being known by me and first duly sworn, deposes and says under oath as follows:

My name is Roderick Gadson. I am presently employed with the Alabama Department of Corrections as a Correctional Sergeant, at St. Clair Correctional Facility in Springville, Alabama. I am over twenty-one (21) years of age.

On July 31, 2019, I Correctional Sergeant Roderick Gadson was assigned as a Correctional Officer at Donaldson Correctional Facility. At approximately 2:20 pm, while conducting population mental health pill call with Licensed Practical Nurse Jessica Holladay. I, Sergeant Gadson heard a loud and unusual noise. I observed inmate Henry Young, 168768, lying face down and unresponsive downstairs. I also observed inmate Terry Moore, 201439, walking down the stairs with an inmate made wooden knife in his right hand. I immediately gave inmate Moore several direct orders to drop the knife. Inmate Moore did not comply and kept walking downstairs. I, out of fear for my safety and the safety of other inmates in the unit, administered several baton strikes to inmate Moore's arm and upper body area. I, at no time during this incident did anything maliciously and excessive to inmate Moore.

_____
Roderick Gadson,
Correctional Sergeant

SWORN TO AND SUBSCRIBED before me and given under my hand and official seal this the 30th day of September, 2020.

NOTARY PUBLIC: _____

My Commission Expires: 4-25-21