# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| TERRY LEE MOORE, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:19-cv-01817-MHH-S |
| COI GADSON, *et al.*, | ) |
| Defendants. | ) |

## MEMORANDUM OPINION

The plaintiff, Terry Lee Moore, filed a *pro se* complaint pursuant to 42 U.S.C. § 1983, alleging violation of his rights under the Constitution of the United States. (Doc. 1). On August 11, 2021, the Magistrate Judge entered a report in which she recommended that the Court grant the defendants' motion for summary judgment. (Doc. 21). Although the parties were advised of their right to file specific written objections within 14 days, (Doc. 21, pp. 13-14), the Court has not received objections.

Having reviewed the materials in the Court's electronic file, including the report and recommendation, the Court adopts the Magistrate Judge's report and accepts her recommendation. Accordingly, the Court grants the defendants' motion for summary judgment and, by separate order, will enter

judgment in the defendants' favor on Mr. Moore's claims because no genuine issues of material fact exist.

    **DONE** and **ORDERED** this September 7, 2021.

                                          _____
                                          **MADELINE HUGHES HAIKALA**
                                          UNITED STATES DISTRICT JUDGE